**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Stephen Hanes<br>v.<br>GRAYSLAKE POLICE OFFICERS JOSEPH ZURICK, HOLTZ, ZAPIEN,   MADDEN, NEWMAN, ERNST, GOERS, GORE, MAGNES, CROWLEY, FIASCHE, and the | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

STEPHEN HANES

```
FILED
MAY 9, 2008                    YM
08CV2714
JUDGE NORGLE
MAGISTRATE JUDGE DENLOW
```

| NAME (Type or print) |
|---|
| Agnes Grossman |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Agnes Grossman |

| FIRM |
|---|
| Law Offices of Richard D. Grossman |

| STREET ADDRESS |
|---|
| 225 W Wacker Drive, 20th Fl |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06273911 | 312/750-9308 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐